Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington,

April 6, 2005.

BRUCE RIFKIN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER W. McINTOSH,<br><br>        Defendant. | CR05 0133Z<br><br>INDICTMENT |

THE GRAND JURY CHARGES THAT:

## COUNT 1
### (Arson)

On or about January 20, 2003, at Seattle, in the Western District of Washington, CHRISTOPHER W. McINTOSH maliciously damaged and attempted to damage and

05-CR-00133-INDI

1  destroy by means of fire and explosive materials a McDonald's restaurant at 222 5th
2  Avenue North, Seattle, Washington used in interstate commerce.
3  All in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

DATED: 6 April 2005

Signature of Foreperson redacted
pursuant to the policy of the
Judicial Conference of the United States.

FOREPERSON

JOHN McKAY
United States Attorney

CARL BLACKSTONE
Assistant United States Attorney

ANDREW C. FRIEDMAN
Assistant United States Attorney

INDICTMENT/McINTOSH (CR05-___) - 3