Judge Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER W. McINTOSH,<br><br>　　　　　　Defendant. | NO. CR05-0133Z<br><br>ORDER |

The Court having conducted a hearing on June 2, 2005, at which Defendant, CHRISTOPHER W. McINTOSH, defense counsel, Stephan R. Illa, and Government counsel, Andrew C. Friedman, were present;

THE COURT FINDS that, based upon McINTOSH's request for new counsel, on May 17, 2005, the Court entered an Order providing for the appointment of substitute counsel to represent McINTOSH;

THE COURT FURTHER FINDS that the Court subsequently appointed Stephan R. Illa to represent McINTOSH in this case;

THE COURT FURTHER FINDS that this is a factually-complicated case in which the Government's evidence includes at least two forms of scientific evidence, namely fingerprint evidence and DNA evidence;

THE COURT FURTHER FINDS that defense counsel will require several months in order to adequately investigate the case, and in particular the Government's scientific evidence, and to effectively represent Defendant;

PROPOSED ORDER/McINTOSH - 1
(CR05-0133Z)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington  98101
(206) 553-7970

1     THE COURT FURTHER FINDS that McINTOSH understands his speedy-trial rights and agreed orally to waive those rights and to continue the trial in this case until October 11, 2005, in order to allow defense counsel time to prepare; and

    THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the Defendant in a more speedy trial.

    IT IS THEREFORE ORDERED that trial in this case be scheduled for October 11, 2005;

    IT IS FURTHER ORDERED that all pre-trial motions in this case be filed by August 12, 2005, and that all responses to such motions be filed by August 26, 2005; and

    IT IS FURTHER ORDERED that the time from June 2, 2005, until October 11, 2005, be excludable time under 18 U.S.C. § 3161(h)(8)(A).

    DONE this 17th day of June, 2005.

                                                            /s/ Thomas S. Zilly
                                                            Thomas S. Zilly
                                                            United States District Judge

Presented by:

/s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-7970
Fax: (206) 553-0755
E-mail: Andrew.Friedman@usdoj.gov

/s/Stephan R. Illa
STEPHAN R. ILLA
Counsel for Christopher W. McIntosh

P.O. Box 10033
Bainbridge Island, Washington 98110

PROPOSED ORDER/McINTOSH - 2
(CR05-0133Z)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

1  Telephone: (206) 464-4142
   Fax:  (206) 855-9702
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER/McINTOSH - 3
(CR05-0133Z)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970