PROB 12B
(01/05)

*United Sta*

05-CR-00133-BOND

*jor*

## *Western District of Washington*

### *Request for Modifying the Conditions or Term of Supervision*
#### *with Consent of the Offender*
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Christopher Wells McIntosh          **Case Number:** CR05-00133Z-001

**Name of Judicial Officer:** The Honorable Thomas S. Zilly

**Date of Original Sentence:** 12/16/05          **Date of Report:** 07/17/12

**Original Offense:** Arson

**Original Sentence:** 96 months, 3 years supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 08/07/12

**Special Conditions Imposed:**

| | | |
|---|---|---|
| ☒ **Substance Abuse** | ☒ **Financial Disclosure** | ☐ Restitution |
| ☒ **Mental Health** | ☐ Fine | ☐ Community Service |
| ☐ Sex Offense | | |

☒ **Other: alcohol restrictions; search; no ID other than in true legal name.**

## PETITIONING THE COURT

☐ To extend the term of supervision

☒ To modify the conditions of supervision as follows:

> The defendant shall reside in and satisfactorily participate in a residential reentry center program, as a condition of supervision for up to 180 days or until discharged by the Program Manager with the approval of the U.S. Probation Officer. The defendant may be responsible for a 10% gross income subsistence fee.

The Honorable Thomas S. Zilly                                          Page 2
Request for Modifying the
Conditions or Term of Supervision
with Consent of Offender

RE: McINTOSH, Christopher

## CAUSE

Christopher McIntosh is currently at the Seattle residential reentry center (RRC) as a pre-release inmate.
Mr. McIntosh has not been successful in securing employment or housing. His full term date is August 7, 2012,
and he does not have any means of support or an approved residence. Mr. McIntosh has signed the waiver
agreeing to reside at the RRC until he has secured a legitimate source of income and an approved residence.
We have recommended that the subsistence fee be reduced to 10% so he can save money to secure his own
place.

We recommend that the Court modify Mr. McIntosh's conditions to include up to 180 days at the RRC.

Defense counsel has been notified and does not object to this modification.

Respectfully submitted,

Jennifer J. Tien
Senior U.S. Probation Officer

APPROVED:
Connie Smith
Chief U.S. Probation and Pretrial Services Officer

BY:
Christopher S. Luscher
Supervising U.S. Probation Officer

---

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:
☐ No Action Approved
☐ The Extension of Supervision as noted above
☒ The Modification of Conditions as noted above
☐ Other

Signature of Judicial Officer

Date

PROB 49
(5/97)

# United States District Court

**WESTERN District of Washington**
**Docket Number:  CR05-00133Z**

### Waiver of Hearing to Modify Conditions of Supervised Release

I, CHRISTOPHER W. MCINTOSH, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The defendant shall reside in and satisfactorily participate in a residential reentry center program as a condition of supervision for up to 120 days or until discharged by the Program Manager with the approval of the U.S. Probation Officer. The defendant may be responsible for a % gross income subsistence fee.

Witness:  _____          Signed:  _____
               U.S. Probation Officer                                     Supervised Releasee

                                     07/16/12
                                       Date