UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| THE UNITED STATES OF AMERICA, | No. CR 05 – 133 TSZ |
|---|---|
| Plaintiff, | DEFENDANT'S SENTENCING MEMORANDM |
| v. | Sentencing: Tuesday, November 6, 2012 – 1:00 p.m. |
| CHRISTOPHER McINTOSH, | |
| Defendant. | |

## 1. Violations Admitted

Defendant Christopher McIntosh admits that he violated the conditions of his supervision as alleged in the Petition filed with the court.[1] Specifically, Mr. McIntosh admits that he failed to notify his probation officer that he changed his residence and that he failed to report to the probation office within 72 hours of his release from custody.

---

[1] Petition for Warrant or Summons for Offender Under Supervision, Docket No. 37 (08.14.2012)

DEFENDANT'S SENTENCING MEMORANDUM – 1

## 2. Defense Recommendation

Mr. McIntosh asks the court to sentence him to a term of 30 days in custody and a new term of 34 months of supervised release, including a term of up to 180 days in a residential re-entry center.

## 3. Basis for Defense Recommendation

Christopher McIntosh served eight years in prison under difficult conditions. When he went into prison, he already was afflicted by serious mental health problems and had spent his adolescence and early adulthood living on the streets. The nature of his conviction and his behavior problems while in custody landed him in maximum security prisons and placed him under some of the most restrictive conditions of confinement devised by the minds of men. Years of solitary confinement exacerbated his mental problems and nearly destroyed his mind.

He emerged from prison a damaged man. Filled with distrust and fear, he refused to believe that the system would give him a chance to return to society. He ran away and tried to make a life for himself. He wanted nothing more than to live a normal life, to again walk as a free man and to leave his past behind. Despite his best efforts, however, he knew that his mental health problems persisted and that eventually he would need to pay a price for violating the conditions of his supervision.

Chris acknowledges that he violated the rules and that doing so was wrong. He understands that the path to freedom includes several more years of restrictions on his liberty. He knows that he cannot re-enter society fully until he has addressed his mental health problems. He wants to take advantage of the assistance that the Probation Department can offer him. And he realizes that those responsible for his supervision want to help him.

DEFENDANT'S SENTENCING MEMORANDUM – 2

In the darkest days of his confinement, Chris sought solace in reading the work of another prisoner.  Like Chris, that man struggled with hopelessness and despair.  He too felt abandoned by everyone he had known and devastated by the loss of everything he ever had.  May that prisoner's words again give Chris the strength to persevere through the difficult days to come:

What about the main thing in life, all its riddles?  If you want, I'll spell it out for you right now.  Do not pursue what is illusory – property and position:  All that is gained at the expense of your nerves decade after decade, and it is confiscated in one fell night.  Live with a steady superiority over life – do not be afraid of misfortune and do not yearn after happiness.  It is, after all, the same – the bitter doesn't last forever, and the sweet never fills the cup to overflowing.  It is enough if you don't freeze in the cold and if thirst and hunger don't claw at your insides.  If your back isn't broken, if your feet can walk, if both arms can bend, if both eyes see, and if both ears hear, then why should you despair?  Rub your eyes and purify your heart, and prize above all else in the world those who love you and who wish you well.[2]

Respectfully Submitted on November 2, 2012.



Stephan R. Illa
    WSBA No. 15793
Attorney for Defendant

---

[2] Aleksandr Solzhenitzyn, <u>The Gulag Archipelago</u>, Part I, Ch. 4, 591-92.

DEFENDANT'S SENTENCING MEMORANDUM – 3

<u>Certificate of Service</u>

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

Signed on November 2, 2012 in Seattle, Washington.

Stephan R. Illa

DEFENDANT'S SENTENCING MEMORANDUM – 4