PROB 12B
(01/05)

United St 

05-CR-00133-MAN

## Western District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Christopher Wells McIntosh          **Case Number:** 2:05CR00133TSZ-001

**Name of Judicial Officer:** The Honorable Thomas S. Zilly

**Date of Original Sentence:** 12/16/05                    **Date of Report:** 11/26/12

**Original Offense:** Arson

**Original Sentence:** 96 months custody, 34 months TSR

**Type of Supervision:** Supervised Release               **Date Supervision Commences:** 11/23/12

**Special Conditions Imposed:**

☒ **Substance Abuse**      ☒ **Financial Disclosure**      ☐ Restitution

☒ **Mental Health**        ☐ Fine                          ☐ Community Service

☐ Sex Offense

☒ **Other: search; up to 120 days at RRC**

## PETITIONING THE COURT

☐ To extend the term of supervision

☒ To modify the conditions of supervision as follows:

The defendant shall participate in the location monitoring program, home detention component, with Active Global Positioning Satellite technology, for a period of 90 days. The defendant is restricted to his residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements.

The Honorable Thomas S. Zilly  
Request for Modifying the  
Conditions or Term of Supervision  
with Consent of Offender

Page 2

RE: McINTOSH, Christopher Wells

## CAUSE

Christopher Wells McIntosh released from custody on November 23, 2012, after serving 45 days on his revocation sentence. Mr. McIntosh will be residing with his girlfriend in Seattle. This officer believes that location monitoring would be an appropriate alternative to the residential reentry center. Mr. McIntosh has signed the waiver of hearing agreeing to this modification as discussed during his sentencing hearing on November 6, 2012. We would therefore recommend that the residential reentry center placement be modified to 90 days on location monitoring.

This matter has been discussed with defense counsel and he has no objection.

Respectfully submitted,

Jennifer J. Tien  
Senior U.S. Probation Officer

APPROVED:  
Connie Smith  
Chief U.S. Probation and Pretrial Services Officer

BY: *[signature]*  
Christopher S. Luscher  
Supervising U.S. Probation Officer

---

THE COURT FINDS PROBABLE CAUSE AND ORDERS:  
☐ No Action Approved  
☐ The Extension of Supervision as noted above  
☒ The Modification of Conditions as noted above  
☐ Other

_____  
Signature of Judicial Officer

11/28/12  
Date

PROB 49
(5/97)

# United States District Court

### WESTERN District of Washington
### Docket Number: 2:05CR00133TSZ

#### Waiver of Hearing to Modify Conditions of Supervised Release

I, CHRISTOPHER W. MCINTOSH, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in the location monitoring program, home detention compnent, with Active Global Positioning Satellite technology, for a period of 90 days. The defendant is restricted to his residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements.

Witness: _____ Signed: _____
              U.S. Probation Officer                              Supervised Releasee

11·20·12
Date