PROB 12A
(01/13)

# UNITED STATES DISTRICT COURT
for
### Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** Christopher McIntosh   **Case Number:** 05CR00133TSZ-001
**Name of Judicial Officer:** The Honorable Thomas S. Zilly, U.S. District Judge
**Date of Original Sentence:** 12/16/2005   **Date of Report:** 04/30/2015
**Original Offense:** Arson
**Original Sentence:** 96 months custody; 34 months supervised release
**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 11/23/2012
**Special Conditions Imposed:**

☒ Substance Abuse   ☒ Financial Disclosure   ☐ Restitution:
☒ Mental Health   ☐ Fine   ☐ Community Service
☒ Other: Submit to search; participate in the residential reentry center for up to 180 days; participate in location monitoring for 90 days.

## NONCOMPLIANCE SUMMARY

The probation officer believes that Christopher McIntosh has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using alcohol on February 16, 2015, in violation of the special condition prohibiting the use of alcohol. |

U.S. Probation Officer Action:

On February 16, 2015, the probation office was notified by the Seattle Police Department that Mr. McIntosh was given a warning for having an open container of alcohol. Mr. McIntosh was confronted about this warning and admitted to consuming alcohol on February 16, 2015, in response to stress related to his financial situation. He signed an admission of alcohol use form.

At the direction of the probation officer, Mr. McIntosh has begun participating in outpatient counseling through Seattle Counseling Services. He has agreed to abstain from alcohol and controlled substances while on supervised release. He is submitting to drug and alcohol testing by his treatment provider on a monthly basis and also on a random basis by the U.S. Probation Office.

It is recommended, at this time, that the Court endorse the U.S. Probation Officer's actions. The offender's substance abuse, which is cited in this report, may be alleged in a violation proceeding at a later time in the event of further noncompliance.

The Honorable Thomas S. Zilly, U.S. District Judge  
Report on Offender Under Supervision

Page 2 of 3  
April 30, 2015

I swear under penalty of perjury that the following is true and correct.  
Executed on this 30th day of April, 2015.

*Jennifer Van Flandern*  
Jennifer Van Flandern  
U.S. Probation Officer

APPROVED:  
Connie Smith  
Chief U.S. Probation and  
Pretrial Services Officer  
BY:  

Michael R. Markham  
Supervising U.S. Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the U.S. Probation Officer's actions  
☐ Submit a Request for Modifying the Condition or Term of Supervision  
☐ Submit a Request for Warrant or Summons  
☐ Other

Signature of Judicial Officer  
5/5/15  
Date