PROB 12A
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** Christopher McIntosh  **Case Number:** 05CR00133TSZ-001
**Name of Judicial Officer:** The Honorable Thomas S. Zilly, U.S. District Judge
**Date of Original Sentence:** 12/16/2005  **Date of Report:** 09/21/2015
**Original Offense:** Arson
**Original Sentence:** 96 months custody; 34 months supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 11/23/2012
**Special Conditions Imposed:**

☒ Substance Abuse     ☒ Financial Disclosure     ☐ Restitution:
☒ Mental Health       ☐ Fine                     ☐ Community Service
☒ Other: Submit to search; participate in the residential reentry center for up to 180 days; participate in location monitoring for 90 days.

## NONCOMPLIANCE SUMMARY

The probation officer believes that Christopher McIntosh has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using marijuana on September 1, 2015, in violation of standard condition number seven. |

**U.S. Probation Officer Action:**

On September 1, 2015, Mr. McIntosh submitted to a random urine test that returned positive for marijuana. Mr. McIntosh was confronted about this test result on September 3, 2015, and he admitted to use. This is the first instance of drug use since he commenced supervision in 2012. Mr. McIntosh reported he had received distressing news and used marijuana in a response to stress. He was verbally reprimanded and agreed to abstain until supervision ends on September 22, 2015.

It is recommended, at this time, that the Court endorse the U.S. Probation Officer's actions. The offender's substance abuse, which is cited in this report, may be alleged in a violation proceeding at a later time in the event of further noncompliance.

I swear under penalty of perjury that the following is true and correct.
Executed on this 21st day of September, 2015.

Jennifer Van Flandern
U.S. Probation Officer

APPROVED:
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer
BY:

Michael R. Markham
Supervising U.S. Probation Officer

The Honorable Thomas S. Zilly, U.S. District Judge  
Report on Offender Under Supervision

Page 2 of 3  
September 21, 2015

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Judicial Officer endorses the U.S. Probation Officer's actions  
☐ Submit a Request for Modifying the Condition or Term of Supervision  
☐ Submit a Request for Warrant or Summons  
☐ Other

_____  
Signature of Judicial Officer

10/6/15  
Date